JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RAYMOND TORRES,<br><br>              Petitioner,<br><br>    v.<br><br>PAT VASQUEZ, Warden,<br><br>              Respondent. | Case No.: CV 16-08704-AB (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: August 30, 2017

_____
ANDRÉ BIROTTE JR.
United States District Judge